UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff,

                                                    No. 1:10-cv-1199

-v-

                                                    HONORABLE PAUL L. MALONEY

DINA DOMINIQUE,
            Defendant.

JUDGMENT

Having determined that this court lacks jurisdiction over the matter and having remanded

the action to the Circuit Court for Ingham County, Michigan, pursuant to Fed. R. Civ. P. 58,

**JUDGMENT** is entered in favor of Plaintiff and against Defendant.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    December 8, 2010                              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge